UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VANESSA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| v. | ) | 1:17-cv-03837-CAP |
| | ) | |
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL, INC.; and CARDINAL HEALTH, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO ADD "SUBSTITUTE" DEFENDANT**

**COMES NOW** Plaintiff, VANESSA MOORE, by and through undersigned counsel and pursuant to F.R.C.P. 15(a)(2), 19(a) and 20(a), moves this Court for leave to add CARDINAL HEALTH 200, LLC as a named Defendant in this action, and drop Defendant CARDINAL HEALTH, INC.  In support of this Motion, Plaintiff states as follows:

1. Plaintiff recently discovered that it named the incorrect Cardinal entity in this action.  The proper Defendant is Cardinal Health 200, LLC as opposed to Cardinal Health, Inc.  This Motion is made to correctly identify the appropriate Cardinal entity, as more fully set forth in the First Amended Complaint attached hereto as Exhibit "A".

2. The substitution of Cardinal Health, Inc. with Cardinal Health 200, LLC is contemplated in the Joint Preliminary Report and Discovery Plan (Doc. No. 21). This Motion is filed within the time period prescribed by this Court's Scheduling Order entered on January 2, 2018 (Doc. No. 23).

**WHEREFORE**, Plaintiff respectfully seeks leave to add CARDINAL HEALTH 200, LLC as a named Defendant in this action, and drop Defendant CARDINAL HEALTH, INC., and seeks such other and further relief as the Court deems appropriate.

Dated: January 4, 2018

/s/ John A. Moore
**THE MOORE LAW GROUP, LLC**
1745 Martin Luther King Jr. Dr.
Atlanta, GA 30314
(678) 288-5600 Telephone
(888) 553-0071 Facsimile
GA State Bar # 519792

Rodney Barganier (*Pro Hac Vice*)
**BARGANIER LAW GROUP, LLC**
2730 Ensley Avenue
Birmingham, AL 35218
(205) 776-1776 – tel
(205) 278-8557 – fax
rfb@barganierlaw.net

Attorneys for Plaintiff

.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th Day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Suneel C. Gupta, Esq.
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, GA 30326-1164
sgupta@bakerdonelson.com

Wendy West Feinstein, Esq.
Thomas Sanchez, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
wendy.feinstein@morganlewis.com
thomas.sanchez@morganlewis.com

Scott P. Kerew, Esq.
William Charles Buhay, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
skerew@wwhgd.com
wbuhay@wwhgd.com

Joshua N. Stine, Esq.
Assistant General Counsel- Litigation
7000 Cardinal Place
Dublin, OH 43017
jstine@cardinalhealth.com

*s/ John A. Moore*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VANESSA MOORE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | |
| v. ) | 1:17-cv-03837-CAP |
| ) | |
| BAXTER HEALTHCARE ) | |
| CORPORATION, ) | |
| BAXTER INTERNATIONAL, INC.; ) | |
| and CARDINAL HEALTH, INC., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff's Motion to Add "Substitute" Defendant [25] is before the Court for determination. The Court GRANTS the Motion to Amend. Counsel for plaintiff(s) shall e-file the amended complaint with the Clerk's Office.

SO ORDERED, this ___ day of _____, 2018

_____
Judge Charles A. Pannell, Jr.
UNITED STATES DISTRICT JUDGE